

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

Nos. 04-13-00222-CR, 04-13-00223-CR, 04-13-00224-CR, 04-13-00225-CR

Francisco R. **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2010CR0819, 2011CR2469, 2012CR2586, 2012CR3718A
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The trial court's certification in each of these appeals states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record filed in each of these appeals contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the trial court's certifications accurately reflect that the criminal cases are plea-bargain cases. *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that these appeals will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes amended trial court certifications to be filed by May 22, 2013, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.



Keith E. Hottle
Clerk of Court